IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIYELL VAUGHTER, | : | CIVIL ACTION |
| | : | NO. 12-00493 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JON T. FISHER, ET AL., | : | |
| | : | |
| Respondents. | : | |

## **O R D E R**

**AND NOW**, this **24th** day of **March, 2014**, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Petitioner's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

(2) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(3) The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED with prejudice**;

(4) A Certificate of Appealability will not issue; and

(5) The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**